# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand fifteen.

Before: Susan L. Carney,
*Circuit Judge,*

---

VR GLOBAL PARTNERS, L.P.,
- v. -
REPUBLIC OF ARGENTINA,

**ORDER**
Docket No. 15-3608

---

RICARDO PONS, OFELIA NELIDA GARCIA,
NW GLOBAL STRATEGY,
- v. -
REPUBLIC OF ARGENTINA,

Docket No. 15-3609

---

GRAZIANO ADAMI, et al.,
- v. -
REPUBLIC OF ARGENTINA,

Docket No. 15-3612

---

ARAG-A LIMITED, ARAG-O LIMITED,
ARAG-T LIMITED, ARAG-V LIMITED,
- v. -
REPUBLIC OF ARGENTINA,

Docket No. 15-3614

---

MONTREUX PARTNERS, L.P.,
- v. -
THE REPUBLIC OF ARGENTINA,

Docket No. 15-3616

---

CAPITAL VENTURES INTERNATIONAL,
- v. -
REPUBLIC OF ARGENTINA,

Docket No. 15-3617

---

TORTUS CAPITAL MASTER FUND, LP,
- v. -
REPUBLIC OF ARGENTINA,

Docket No. 15-3618

---

---

JOSE PEDRO ANGULO, et al., — Docket No. 15-3621

- v. -

REPUBLIC OF ARGENTINA,

---

TORTUS CAPITAL MASTER FUND, LP, — Docket No. 15-3622

- v. -

REPUBLIC OF ARGENTINA,

---

ARMANDO RUBEN FAZZOLARI, JULIO ROBERTO PEREZ, — Docket No. 15-3623

- v. -

REPUBLIC OF ARGENTINA,

---

HECTOR PEREZ, et al., — Docket No. 15-3624

- v. -

THE REPUBLIC OF ARGENTINA,

---

EM LTD., — Docket No. 15-3625

- v. -

REPUBLIC OF ARGENTINA,

---

OLD CASTLE HOLDINGS LTD. — Docket No. 15-3626

- v. -

REPUBLIC OF ARGENTINA,

---

---

ATTESTOR MASTER VALUE FUND LP — Docket No. 15-3628

- v. -

REPUBLIC OF ARGENTINA,

---

MCHA HOLDINGS, LLC, — Docket No. 15-3629

- v. -

REPUBLIC OF ARGENTINA,

---

ANDRAREX, LTD., — Docket No. 15-3630

- v. -

REPUBLIC OF ARGENTINA,

---

TRINITY INVESTMENTS LIMITED, — Docket No. 15-3632

- v. -

THE REPUBLIC OF ARGENTINA,

---

PROCELLA HOLDINGS, L.P., — Docket No. 15-3633

- v. -

REPUBLIC OF ARGENTINA,

---

STONEHILL INSTITUTIONAL PARTNERS, LP, STONEHILL MASTER FUND LTD., — Docket No. 15-3634

- v. -

REPUBLIC OF ARGENTINA,

---

---

BLUE ANGEL CAPITAL I LLC, — Docket No. 15-3638

- v. -

REPUBLIC OF ARGENTINA,

---

FFI FUND, LTD., FYI LTD., — Docket No. 15-3640

- v. -

REPUBLIC OF ARGENTINA,

---

MCHA HOLDINGS, LLC, — Docket No. 15-3641

- v. -

REPUBLIC OF ARGENTINA,

---

TRINITY INVESTMENTS LIMITED, — Docket No. 15-3642

- v. -

THE REPUBLIC OF ARGENTINA,

---

AURELIUS CAPITAL PARTNERS, LP, — Docket No. 15-3643

AURELIUS CAPITAL MASTER, LTD.,

- v. -

THE REPUBLIC OF ARGENTINA,

---

VIRGILIO LUIS FOGLIA, MARIA CRISTINA ARGENT BARNA, RICARDO AURELIO TRIAY, ADELA NOEMI JURI, — Docket No. 15-3645

- v. -

REPUBLIC OF ARGENTINA,

---

---

MAXIMO DORRA, OLGA DE DORRA DORRA, RAUL RENNELLA, SANDRA ELIZABETH SCHULER, ANGEL EMILIO MOLINOS,

Docket No. 15-3646

- v. -

THE REPUBLIC OF ARGENTINA,

---

WHITE HAWTHORNE, LLC,

Docket No. 15-3647

- v. -

REPUBLIC OF ARGENTINA,

---

TRINITY INVESTMENTS LIMITED,

Docket No. 15-3648

- v. -

THE REPUBLIC OF ARGENTINA,

---

BANCA ARNER S.A., BRANTFORD HOLDING S.A.,

Docket No. 15-3649

- v. -

REPUBLIC OF ARGENTINA,

---

HORACIO GUIBELALDE, MARTA MABEL FOLGADO,

Docket No. 15-3651

- v. -

REPUBLIC OF ARGENTINA,

---

---

MCHA HOLDINGS, LLC, — Docket No. 15-3652

- v. -

THE REPUBLIC OF ARGENTINA,

---

WILTON CAPITAL, LTD. — Docket No. 15-3653

- v. -

REPUBLIC OF ARGENTINA,

---

MIGUEL ANGEL BELOQUI, — Docket No. 15-3656

ANA ZEMBORAIN ZEMBORAIN,

- v. -

THE REPUBLIC OF ARGENTINA,

---

LOS ANGELES CAPITAL, — Docket No. 15-3657

- v. -

REPUBLIC OF ARGENTINA,

---

CLARIDAE LTD., MARIA DEL PILAR DE WE FERRER, — Docket No. 15-3659

- v. -

THE REPUBLIC OF ARGENTINA,

---

HONERO FUND I, LLC, — Docket No. 15-3660

- v. -

THE REPUBLIC OF ARGENTINA,

---

TRINITY INVESTMENTS LIMITED, Docket No. 15-3661

- v. -

REPUBLIC OF ARGENTINA,

MCHA HOLDINGS, LLC, Docket No. 15-3663

- v. -

REPUBLIC OF ARGENTINA,

EGAR RAMON LAMBERTINI, et al., Docket No. 15-3664

- v. -

REPUBLIC OF ARGENTINA,

HONERO FUND I, LLC, Docket No. 15-3666

- v. -

REPUBLIC OF ARGENTINA,

NML CAPITAL, LTD., Docket No. 15-3668

- v. -

REPUBLIC OF ARGENTINA,

CAPITAL MARKETS FINANCIAL SERVICES, INC., CLAREX LIMITED, FISCELLA HOLDINGS LIMITED, Docket No. 15-3670

- v. -

REPUBLIC OF ARGENTINA,

---

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP,<br>BYBROOK CAPITAL HAZELTON MASTER<br>FUND LP,<br>- v. -<br>REPUBLIC OF ARGENTINA, | Docket No. 15-3672 |
| NML CAPITAL, LTD.,<br>- v. -<br>REPUBLIC OF ARGENTINA, | Docket No. 15-3675 |
| BYBROOK CAPITAL MASTER FUND LP,<br>BYBROOK CAPITAL HAZELTON MASTER<br>FUND LP,<br>- v. -<br>REPUBLIC OF ARGENTINA, | Docket No. 15-3678 |
| PAOLO ERCOLANI, PAOLA AIELLO,<br>- v. -<br>REPUBLIC OF ARGENTINA, | Docket No. 15-3679 |
| LIGHTWATER CORPORATION LIMITED,<br>- v. -<br>REPUBLIC OF ARGENTINA, | Docket No. 15-3682 |

---

RAFAEL SETTIN, Docket No. 15-3713

v. -

REPUBLIC OF ARGENTINA,

---

CORDOBA CAPITAL, Docket No. 15-3715

- v. -

REPUBLIC OF ARGENTINA,

---

Appellant Republic of Argentina moves for consolidation of the 49 above-captioned appeals and requests that the Court designate NML Capital, Ltd. v. Republic of Argentina, docket no. 15-3675, as the lead appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,

Clerk of Court

